IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JUL 17 PM 3:55
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| KENNETH RAY MACK, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-23-LY |
| | § | |
| AUSTIN POLICE DEPARTMENT, CITY | § | |
| OF AUSTIN, TEXAS | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, this court rendered an order dismissing Plaintiff's complaint with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that the case is hereby **CLOSED**.

SIGNED this _16th_ day of July, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE